# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**SCOOTER LYNN ROBINSON**                                            **PLAINTIFF**

**v.**                                                  **No. 4:18CV229-GHD-DAS**

**JERRY WILLIAMS, ET AL.**                                      **DEFENDANTS**

## ORDER DENYING PLAINTIFF'S MOTION [15]
## TO RESET SPEARS HEARING

This matter comes before the court on the plaintiff's motion [15] to reset the *Spears* hearing in this case. As this case has been dismissed, the instant motion [15] is **DENIED**.

**SO ORDERED**, this, the 15th day of January, 2020.

                                               /s/ David A. Sanders
                                               DAVID A. SANDERS
                                               UNITED STATES MAGISTRATE JUDGE