IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SCOOTER LYNN ROBINSON**                                      **PLAINTIFF**

**v.**                                                       No. 4:18CV229-GHD-DAS

**JERRY WILLIAMS, ET AL.**                                       **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTION [14]
TO SERVE SUMMONS**

This matter comes before the court on the plaintiff's motion [14] to serve summons. As this case has been dismissed the motion is **DENIED**.

**SO ORDERED**, this, the 15th day of January, 2020.

                                                    /s/ David A. Sanders
                                                    DAVID A. SANDERS
                                                    UNITED STATES MAGISTRATE JUDGE