## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

SCOOTER LYNN ROBINSON                                          PLAINTIFF

v.                                                  No. 4:18CV229-GHD-DAS

JERRY WILLIAMS, ET AL.                                        DEFENDANTS

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On March 19, 2020, the court entered an order requiring the plaintiff to complete and return documents necessary to the expeditious administration of this case. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on April 20, 2020. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

SO ORDERED, this, the 22nd day of June, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE